KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Assistant U.S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6759
Email: Mary.Lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN MAGALLENES-GIL, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 05CR0055-GT <br><br> EX PARTE PETITION FOR <br> REMISSION OF FINE <br> AND ORDER THEREON |

    The United States of America, by its undersigned attorneys, petitions this court pursuant to 18 U.S.C. § 3573, as amended by P.L. 100-690, Nov. 18, 1988, for remission of the fine and penalty assessment imposed in this case.

## STATEMENT OF FACTS

    1. On April 27, 2005, District Court Judge Gordon Thompson, Jr. rendered judgment against the above-captioned defendant, levying a fine of $12,000.00.

///

///

///

///

CRIMP_01

FILED
MAY 1 3 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2. On April 23, 2009, the defendant was released from the California City CI. Upon his release from incarceration the United States Attorney's Financial Litigation Unit staff completed various skip-tracing techniques in locating the debtor. It was subsequently determined that defendant, Juan Magallenes-Gil, was deported by the Immigration and Naturalization Service and sent back to Mexico, April, 2009.

3. The United States Attorney has been unable to collect the fine.

4. 18 U.S.C. § 3573 provides that:

> Upon petition by the government that reasonable efforts to collect the fine or assessment are not likely to be effective, the court may in the interest of justice-
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

Public Law 100-690 (November 18, 1988) amends 18 U.S.C. § 3573 by providing that this statute shall apply to all fines and assessments, irrespective of the date of imposition.

5. The United States Attorney has determined that there is no reasonable likelihood that expending further efforts to collect this fine would produce any revenue to the United States. Any further effort would, in fact, be contrary to the interests of the United States because they would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine and penalty assessment, including interest and penalty.

///
///
///
///
///
///
///
///

STATEMENT OF ACCOUNT:

| | |
|---|---|
| Fine | $12,000.00 |
| Interest to date at 0.00% | $       0.00 |
| 25% late-payment penalty | $       0.00 |
| Penalty Assessment | $   100.00 |
| SubTotal | $12,100.00 |
| Payments: | 350.00 |
| TOTAL DUE | $11,750.00 |

DATED: May 11, 2009.

KAREN P. HEWITT
United States Attorney

MARY C. LUNDBERG
Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED.

DATED: May 13, 2009

Judge of the District Court